# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2022

## NO. 03-21-00143-CV

**Steven W. Hughes and Adrienne R. Hughes, Appellants**

**v.**

**21st Mortgage Corporation, Appellee**

---

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on February 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.